UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-14071-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH FRANK CANTU,

        Defendants
_____/

**GOVERNMENT'S MOTION FOR THE
COURT TO REDUCE DEFENDANT'S SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)**

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves this Honorable Court, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, and Title 18, United States Code, Section 3553(e) to re-sentence the defendant, Joseph Frank Cantu, to a sentence below that previously imposed by the Court, to reflect his substantial assistance in the prosecution of another person, and, as grounds therefore, states as follows:

    1.    On December 17, 2010, the defendant was sentenced to 121 months' imprisonment by this Honorable Court following his guilty plea to a charge of conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 846.

    2.    After the defendant's sentencing, the defendant provided substantial

1

assistance in investigating and prosecuting another person. The government will provide more specifics concerning the defendant's substantial assistance at the Rule 35(b) hearing.

WHEREFORE, the United States respectfully moves this Honorable Court to set a hearing in the above-captioned matter.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   s/ *Rolando Garcia*
      ROLANDO GARCIA
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 763012
      500 S. Australian Ave., Suite 400
      West Palm Beach, Florida 33401
      Phone: (561) 820-8711
      Fax: (561) 820-8777
      rolando.garcia@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:   s/ *Rolando Garcia*
      ROLANDO GARCIA
      ASSISTANT UNITED STATES ATTORNEY