UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 10-14071-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOESEPH FRANK CANTU,
Reg. No: 74743-004

    Defendant.
_____/

## ORDER GRANTING REDUCTION OF SENTENCE

**THIS CAUSE** came before the Court upon the Government's Motion to Reduce Sentence Pursuant to Federal Rule of Criminal Procedure 35, (D.E.109).

**THE COURT** having reviewed the pleadings and the facts and circumstances of the case, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion to Reduce the Sentence imposed is hereby **Granted**. The Defendant's original Order of Judgment entered on December 10, 2010 is amended as follows:

The Defendant is hereby sentenced to **Time Served** as to Count One of the Indictment. The Defendant will receive credit for time served as applicable by statute. It is further

**ORDERED** that all conditions in the original Order of Judgment entered on December 10, 2010 will remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of March, 2019.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Rolando Garcia, AUSA
        Fletcher Peacock, AFPD
        U.S. Probation
        U.S. Marshal
        Bureau of Prisons